**STATE of Missouri, Respondent,**

v.

**Jeffrey A. McRAE, Appellant.**

**No. WD 34331.**

Missouri Court of Appeals, Western District.

Sept. 13, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 15, 1983.

Joseph H. Locascio, Mimi Droll, Asst. Sp. Public Defenders, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Sandra K. Stratton, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and MANFORD and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for robbery, first degree, in violation of § 569.020, RSMo 1978.

No jurisprudential purpose would be served by a written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.